UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT QUINTONE CRUMMIE,

    Petitioner,                 Civil No. 2:15-CV-12723
                                        HONORABLE VICTORIA A. ROBERTS
v.                                    UNITED STATES DISTRICT JUDGE

CATHERINE BAUMAN,

    Respondent,
_____/

## OPINION AND ORDER DENYING THE MOTION FOR THE APPOINTMENT OF COUNSEL AND THE MOTION FOR A SCHEDULING ORDER

Robert Quintone Crummie, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was denied with prejudice.

Petitioner filed a motion for the appointment of counsel and a related motion for a scheduling order, asking for time to allow appointed counsel to file additional pleadings. For the reasons that follow, the motions are DENIED.

There is no constitutional right to counsel in habeas proceedings. *Cobas v. Burgess*, 306 F. 3d 441, 444 (6th Cir. 2002). Petitioner's habeas claims lack merit; the motion for the appointment of counsel and the related motion for a scheduling order are denied. *See Lemeshko v. Wrona*, 325 F. Supp. 2d 778, 788 (E.D. Mich. 2004).

**IT IS ORDERED That:**

The motion for the appointment of counsel (ECF 20) and the motion for a scheduling order (ECF 21) are **DENIED.**

                                                  s/ Victoria A. Roberts
                                                  **HON. VICTORIA A. ROBERTS**
**Dated: 7/30/19**                **UNITED STATES DISTRICT JUDGE**